Entered on Docket
April 22, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
U.S. Bank National Association, as Trustee for Credit Suisse First Boston ARMT 2005-11
09-71338 / 1205212249

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-11640-bam |
| Bradford Danley | MS Motion No.<br>Date: December 8, 2009<br>Time: 1:30 PM |
| | Chapter 13 |
| Debtor. | |

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments(s) at $1,941.24 (December 1, 2009 - February 1, 2010) | $5,823.72 |
| 3 Late Charge(s) at $82.69 (December 16, 2009 - February 16, 2010) | $248.07 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | ($159.69) |
| Total | $6,812.10 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,135.35 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the March 20, 2010 payment and continuing throughout and concluding on or before July 20, 2010. The sixth final payment in the amount of $1,135.35 shall be paid on or before August 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the March 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 911 Squaw Peak Drive, Henderson, NV 89014, and legally described as follows:

LOT ONE (1) IN BLOCK NINE (9) OF CANDLEA CREEK UNIT 6B, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 47 OF PLATS, PAGE 24, IN THE OFFICE OF THE COUNTY RECORDER OF CLARCK COUNTY, NEVADA. AS AMENDED BY CERTIFICATE OF AMENDMENT RECORDED SEPTEMBER 13, 1990 IN BOOK 900913 AS DOCUMENT NO. 00464 OFFICIAL RECORDS.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth

(16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /s/ *#10235*
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By _____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Matthew E. Aaron

By _____

Matthew E. Aaron
Attorney for Debtors
2300 W. Sahara, Suite 650
Las Vegas, NV 89102

Nevada Bar No. _____