**Entered on Docket**
**May 28, 2010**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for Credit Suisse First Boston ARMT 2005-11
09-71338 / 1205212249

## UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-11640-bam |
| Bradford Danley | Motion no.<br>Date:<br>Time: |
| | Chapter 13 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on May 6, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, U.S. Bank National Association, as Trustee for Credit Suisse First Boston ARMT 2005-11 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 911 Squaw Peak Drive , Henderson NV and legally described as follows:

>LOT ONE (1) IN BLOCK NINE (9) OF CANDLEA CREEK UNIT 6B, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 47 OF PLATS, PAGE 24, IN THE OFFICE OF THE COUNTY RECORDER OF CLARCK COUNTY, NEVADA. AS AMENDED BY CERTIFICATE OF AMENDMENT RECORDED SEPTEMBER 13, 1990 IN BOOK 900913 AS DOCUMENT NO. 00464 OFFICIAL RECORDS.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By /s/ GREGORY L. WILDE
_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107